# EXHIBIT 4

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

Case No.: CACE 24-001221 (18)

JAZWARES, LLC, a Delaware LLC,
KELLY TOYS HOLDINGS, LLC, a Delaware LLC
KELLY AMUSEMENT HOLDINGS, LLC, a Delaware LLC
JAZPLUS, LLC, a Delaware LLC

    Plaintiff,

v.

BUI;D-A-BEAR WORKSHOP, INC.,
A Delaware Corporation

Defendant.
_____/


FILED
JAN 29 2024
BY: B. Alfonso

## ORDER DECLINING TO SCHEDULE EMERGENCY/URGENT HEARING

THIS CAUSE having come to be considered on Plaintiff's Verified Ex Parte Emergency Motion for Temporary Injunction, filed on January 29, 2024. Administrative Order 2021-50-CIV established procedures for Circuit and County Civil and Probate Emergency Matters. A copy of the AO is on the 17th Judicial Circuit website.

The Court having reviewed the Motion, and being otherwise advised in the premises, it is hereupon

ORDERED AND ADJUDGED that the Motion be and the same is hereby DENIED as an emergency. The parties will schedule the Motion for a hearing pursuant to the Court's division procedures.

**DONE AND ORDERED** in Chambers, in Fort Lauderdale, Broward County, Florida on 29th January, 2024.

_____
FABIENNE E. FAHNESTOCK, CIRCUIT JUDGE

Copies furnished to:
All parties/counsel of record