# EXHIBIT 5

# Jazwares, LLC, et al Plaintiff vs. Build-A-Bear Workshop, Inc. Defendant

**Broward County Case Number:** CACE24001221
**State Reporting Number:** 062024CA001221AXXXCE
**Court Type:** Civil
**Case Type:** Other - Intellectual Property
**Incident Date:** N/A
**Filing Date:** 01/29/2024
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Fahnestock, Fabienne E.

## Party(ies)   Total: 5

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Jazwares, LLC** | | ★ Shaw, Jordan Alexander, ESQ. Retained<br>Bar ID: 111771<br>Zebersky Payne Shaw Lewenz LLP<br>110 SE 6th St Ste 2900<br>Fort Lauderdale, FL 33301<br>**Status: Active** |
| Plaintiff | **Kelly Toys Holdings, LLC** | | ★ Shaw, Jordan Alexander, ESQ. Retained<br>Bar ID: 111771<br>Zebersky Payne Shaw Lewenz LLP<br>110 SE 6th St Ste 2900<br>Fort Lauderdale, FL 33301<br>**Status: Active** |
| Plaintiff | **Kelly Amusement Holdings, LLC** | | ★ Shaw, Jordan Alexander, ESQ. Retained<br>Bar ID: 111771<br>Zebersky Payne Shaw Lewenz LLP<br>110 SE 6th St Ste 2900<br>Fort Lauderdale, FL 33301<br>**Status: Active** |

| Party Type | Party Name | ? Address | ? Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Jazplus, LLC** | | ★ Shaw, Jordan Alexander, ESQ.<br>Retained<br>Bar ID: 111771<br>Zebersky Payne Shaw Lewenz LLP<br>110 SE 6th St Ste 2900<br>Fort Lauderdale, FL 33301<br>**Status: Active** |
| Defendant | **Build-A-Bear Workshop, Inc.** | | |

## − Disposition(s)                                                                                                    Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View / Pages |
|---|---|---|

## − Collection(s)                                                                                                      Total: 0

**There is no Collection information available for this case.**

## − Event(s) & Document(s)                                                                                             Total: 7

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 01/29/2024 | **Per AOSC20-23 Amd12, Case is determined General** | | |
| 01/29/2024 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄/3 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 01/29/2024 | **Motion** | TO DETERMINE CONFIDENTIALITY OF COURT RECORDS<br>Party: *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Plaintiff* Jazwares, LLC *Plaintiff* Kelly Amusement Holdings, LLC *Plaintiff* Jazplus, LLC *Plaintiff* Kelly Toys Holdings, LLC | /3 |
| 01/29/2024 | **Emergency** | REQUEST FOR EMERGENCY RELIEF<br>Party: *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Plaintiff* Jazwares, LLC *Plaintiff* Kelly Amusement Holdings, LLC *Plaintiff* Jazplus, LLC *Plaintiff* Kelly Toys Holdings, LLC | /4 |
| 01/29/2024 | **Complaint (eFiled)** | Party: *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Plaintiff* Jazwares, LLC *Plaintiff* Kelly Amusement Holdings, LLC *Plaintiff* Jazplus, LLC *Plaintiff* Kelly Toys Holdings, LLC | /57 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 01/29/2024 | **Emergency Motion** | VERIFIED EXPARTE EMERGENCY MOTION FOR TEMPORARY INJUNCTION Party: *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Attorney* Shaw, Jordan Alexander, ESQ. *Plaintiff* Jazwares, LLC *Plaintiff* Kelly Amusement Holdings, LLC *Plaintiff* Jazplus, LLC *Plaintiff* Kelly Toys Holdings, LLC | /49 |
| 01/29/2024 | **Order Denying Motion** | DECLINING TO SCHEDULE EMERGENCY/URGENT HEARING | /1 |

## ➖ Hearing(s)    Total: 0

**There is no Disposition information available for this case.**

## ➖ Related Case(s)    Total: 0

**There is no related case information available for this case.**