# EXHIBIT 6

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

JAZWARES, LLC, a Delaware
Limited Liability Company, KELLY
TOY HOLDINGS, LLC, a Delaware
Limited Liability Company, KELLY
AMUSEMENT HOLDINGS, LLC, a
Delaware Limited Liability Company,
And JAZPLUS, LLC, a Delaware
Limited Liability Company,

    Plaintiff,

vs.

BUILD-A-BEAR WORKSHOP, INC.,
a Delaware Corporation,

    Defendant.

_____/

## PLAINTIFFS' MOTION TO DETERMINE CONFIDENTIALITY OF COURT RECORDS

Plaintiffs, Jazwares, LLC, Kelly Toys Holdings, LLC, Kelly Amusement Holdings, LLC, and Jazplus, LLC (collectively, "Plaintiffs"), by and through the undersigned counsel, and pursuant to Florida Rule of Judicial Administration 2.420, hereby move for an Order determining the confidentiality of certain Court records and filings. In support thereof, Plaintiffs state as follows:

    1.    On or about January 29, 2024, Plaintiffs filed a Verified Complaint and Verified *Ex-Parte* Motion for Emergency Temporary Injunction against Defendant Build-A-Bear Workshop, Inc.

[2534655/1]    1

2. Plaintiffs' Verified Complaint and Verified *Ex-Parte* Motion for Emergency Temporary Injunction contain information and documents which are strictly confidential.

3. Specifically, Plaintiffs' Verified Complaint and Verified *Ex-Parte* Motion for Emergency Temporary Injunction each attach a confidential agreement with one of Plaintiffs' manufacturers and contain information regarding Plaintiffs' confidential trade secrets.

4. Therefore, Plaintiff's Verified Complaint and Verified *Ex-Parte* Motion for Emergency Temporary Injunction and the incorporated exhibits are protected pursuant to Rule 2.420(c)(9)(A)(ii) and 2.420(c)(9)(A)(vi) of the Florida Rules of Judicial Administration.

5. Confidentiality is necessary to protect Plaintiffs' business and to avoid substantial injury to Plaintiffs through disclosure of their confidential agreements and trade secrets.

6. Therefore, Plaintiffs are requesting this Court to issue a confidentiality Order determining that Plaintiffs' Verified Complaint and Plaintiffs' Verified Ex-Parte Motion for Emergency Temporary Injunction filed on January 29, 2024, and their incorporated exhibits, are protected under the Florida Rules of Judicial Administration.

7. This Motion is made in good faith and is predicated upon a sound legal and factual basis.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enter an Order directing Plaintiffs' Verified Complaint, Plaintiffs' Verified Ex-Parte Motion for Emergency Temporary Injunction, and the incorporated exhibits to be filed under seal and granting any further relief deemed just and proper.

Respectfully submitted this 29th day of January, 2024, by:

> ZEBERSKY PAYNE SHAW LEWENZ, LLP
> 110 S.E. 6th Street, Suite 2900
> Fort Lauderdale, FL  33301
> Telephone: (954) 595-6060
> Facsimile:  (954) 989-7781
> Email: ezebersky@zpllp.com; jshaw@zpllp.com; zludens@zpllp.com; lpalen@zpllp.com; mlomastro@zpllp.com
>
> _/s/ Jordan A. Shaw_
> EDWARD H. ZEBERSKY, ESQ.
> Fla. Bar No.: 908370
> JORDAN A. SHAW, ESQ.
> Fla. Bar No.: 111771
> ZACHARY D. LUDENS, ESQ.
> Fla. Bar No.: 111620
> LAUREN N. PALEN, ESQ.
> Fla. Bar No.: 1038877