# EXHIBIT 7

## Hickey, Michael J.

| | |
|---|---|
| **From:** | Moed_AutoSend@moed.uscourts.gov |
| **Sent:** | Monday, February 12, 2024 10:00 AM |
| **To:** | MOED_ECF_Notification@moed.uscourts.gov |
| **Subject:** | [EXTERNAL] Activity in Case 4:24-cv-00211 Build-A-Bear Workshop, Inc. v. Kelly Toys Holdings, LLC et al |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Missouri

## Notice of Electronic Filing

The following transaction was entered by Hickey, Michael on 2/12/2024 at 9:59 AM CST and filed on 2/12/2024
**Case Name:**    Build-A-Bear Workshop, Inc. v. Kelly Toys Holdings, LLC et al
**Case Number:**   4:24-cv-00211
**Filer:**       Build-A-Bear Workshop, Inc.
**Document Number:** 1
**Judge(s) Assigned:**  None (Assignment will be completed shortly.)

**Docket Text:**
**COMPLAINT *for Declaratory Judgment* against defendant All Defendants with receipt number AMOEDC-10433040, in the amount of $405 Jury Demand,, filed by Build-A-Bear Workshop, Inc.. (Attachments: # (1) Civil Cover Sheet, # (2) Original Filing Form, # (3) Summons Kelly Toys Holdings, LLC, # (4) Summons Kelly Amusement Holdings, LLC, # (5) Summons Jazwares, LLC, # (6) Summons Jazplus, LLC)(Hickey, Michael)**


**4:24-cv-00211 Notice has been electronically mailed to:**

Michael J. Hickey     mhickey@lewisrice.com, livory@lewisrice.com, michael-hickey-1734@ecf.pacerpro.com

**4:24-cv-00211 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=2/12/2024] [FileNumber=10727933-

0] [1167ff3de780e197f2fe0c7084117595f4e21d60a0bae70e30633a4706773c18cd a3fb06b09581ad6152fbd52f966a5b4e7bb5dc1e98ece73a60e27dc7f7a962]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=2/12/2024] [FileNumber=10727933-1] [230170b8825923e854e7d2a2a81db2790028a8c739b132fe83096eb3f9e0a54991 a2275c5facfeb952d64e21fe879650e72191a284dc1bd6d84e434f0a1f28de]]
**Document description:**Original Filing Form
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=2/12/2024] [FileNumber=10727933-2] [60e9162a3cc2b3e14a28fdeb93b73d96347afe85bf0b656a8828e5d13b1196d032 8a08d7748daab3ecdda759cdcbd81e028a6a51f41302f5b47c991e9336ae94]]
**Document description:**Summons Kelly Toys Holdings, LLC
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=2/12/2024] [FileNumber=10727933-3] [5aa30049e3e61270ae1cd1dfdea32fe1ef0e90a6374fbf69127e6484a1aafa996b bf8381cc2c85cb654d624502f99566d669307b384592cceacaf20dc3e6d54f]]
**Document description:**Summons Kelly Amusement Holdings, LLC
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=2/12/2024] [FileNumber=10727933-4] [0596450cc43646b9add92883afa79c96632ae0c94c5cc104d060f150e927084bb9 06e45c0cdc7364c4d3d408cc658965f289fddc8e809e8c131653effd4e18b7]]
**Document description:**Summons Jazwares, LLC
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=2/12/2024] [FileNumber=10727933-5] [45ce47bd9d7bd49554af6382166d5498ed6b55d0c22d29a3eec22fdb59bebcfa37 1f6fe09e7b4ce8a9e13d310644ab3c489ee84d78f49dd8474862b310b6c555]]
**Document description:**Summons Jazplus, LLC
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=2/12/2024] [FileNumber=10727933-6] [086f59249ce775f2a1d0524a415bc206ad481321560682d6b18d141ebededfdcf5 48ae9718e59bb806d6b1e004184e841055a407ffad502cd5befaf688dc682f]]