# EXHIBIT 8

## Hickey, Michael J.

| | |
|---|---|
| **From:** | Sonia Gaeta <sgaeta@hueston.com> |
| **Sent:** | Monday, February 12, 2024 4:14 PM |
| **To:** | Hickey, Michael J. |
| **Cc:** | Sourabh Mishra; Moez M. Kaba; Knopp, Allison E; Mackey, Philip J.; Collin Yeung; Arianna Demas; Brittnee Bui |
| **Subject:** | [EXTERNAL] Kelly Toys Holdings, LLC et al v Build-a-Bear Workshop, Inc. |
| **Attachments:** | 2023.02.12 Jazwares-BAB Cover Letter.pdf; Dkt001_2024-02-12 Complaint.pdf |

Mr. Hickey,

Please see the attached correspondence.

Thank you,

**Sonia Gaeta**
*Litigation Assistant*

**HUESTON HENNIGAN** LLP

D: 213.805.5973
T: 213.788.4340
sgaeta@hueston.com

523 W 6th St UNIT 400
Los Angeles CA 90014

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.