# Affidavit of Process Server

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI

| BUILD-A-BEAR WORKSHOP, INC. | VS | KELLY TOYS HOLDINGS, LLC, ET AL. | 4:24-CV-00211 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, GILBERT DEL VALLE, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 02/19/2024

**Service:** I served JAZPLUS, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) MOTION TO ENJOIN DEFENDANTS FROM PROCEEDING WITH BAD FAITH, LATER-FILED LAWSUIT; PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO ENJOIN DEFENDANTS FROM PROCEEDING WITH BAD FAITH, LATER-FILED LAWSUIT; EXHIBITS 1-8; CERTIFICATE OF SERVICE;

by leaving with CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY CORPORATION SERVICE COMPANY) At

☒ Business 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

On 02/19/2024 AT 10:14 AM

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____ CITY STATE ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
(3) _____ (4) _____ (5) _____

Age 55   Sex FEMALE   Race WHITE   Height 5'5   Weight 150   HAIR BROWN

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD.,
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 19TH day of FEBRUARY, 2024.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS