# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BUILD-A-BEAR WORKSHOP, INC., | Case No. 4:24-cv-00211-MTS |
| Plaintiff, | Hon. Matthew T. Schelp |
| vs. | |
| KELLY TOYS HOLDINGS, LLC, KELLY AMUSEMENT HOLDINGS, LLC, JAZWARES, LLC, and JAZPLUS, LLC, | |
| Defendants. | |

## SPECIAL LIMITED ENTRY OF APPEARANCE

**COMES NOW** Corey L. Kraushaar of Brown & James, P.C. and hereby enters his special limited appearance **for the purpose of challenging the Court's jurisdiction** on behalf of Defendants Kelly Toys Holdings, LLC, Kelly Amusement Holdings, LLC, Jazwares, LLC and Jazplus, LLC in this matter.

Respectfully submitted,

/s/Corey L. Kraushaar
Corey Kraushaar, #51792MO
Brown & James, P.C.
800 Market St., Suite 1100
St. Louis, MO 63101
Tel: (314) 242-5257
Email: ckraushaar@bjpc.com

Moez M. Kaba (*pro hac application forthcoming*)
Sourabh Mishra (*pro hac application forthcoming*)

**Hueston Hennigan LLP**
620 Newport Center Drive
Newport Beach, CA 92660
Tel: (949) 356-5536
Fax: (888) 775-0898
Email: mkaba@hueston.com

## CERTIFICATE OF SERVICE AND

The undersigned hereby certifies that on this 4th day of March, 2024, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served upon all counsel of record via the Court's electronic filing system.

Mr. Michael J. Hickey
Mr. Phillip J. Mackey
Ms. Allis E. Knopp
Lewis Rice, LLC
600 Washington Ave., Suite 2500
St. Louis, MO 63101

*Attorneys for Plaintiff*

/s/Corey L. Kraushaar

30142839