**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

BUILD-A-BEAR WORKSHOP, INC,

        Plaintiff,

vs.

KELLY TOYS HOLDINGS, LLC,
KELLY AMUSEMENT HOLDINGS, LLC,
JAZWARES, LLC, AND JAZPLUS, LLC.

        Defendants.

_____/

CASE NO.:  4:24-cv-00211

## SPECIAL LIMITED ENTRY OF APPEARANCE

    **COMES NOW** Zachary Dean Ludens of Zebersky Payne Shaw Lewenz, LLP

and hereby enters his special limited appearance **for purposes of challenging**

**the Court's jurisdiction** on behalf of Defendants Kelly Toy Holdings, LLC, Kelly

Amusement Holdings, LLC, Jazwares, LLC and Jazplus, LLC in this matter.

        Respectfully submitted,

        */s/ Zachary D. Ludens*
        ZACHARY D. LUDENS, ESQ.
        ZEBERSKY PAYNE SHAW LEWENZ,
        LLP
        110 S.E. 6th Street, Suite 2900
        Fort Lauderdale, FL  33301
        Telephone : (954) 595-6060
        Facsimile:  (954) 989-7781
        Email: zludens@zpllp.com

[2549693/3]            1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing document was filed with the Court's CM/ECF system this 28th day of March, 2024, and was filed on all counsel of record via notices generated by the same.

Mr. Michael J. Hickey
Mr. Phillip J. Mackey
Ms. Allis E. Knopp
Lewis Rice, LLC
600 Washington Ave., Suite 2500
St. Louis, MO 63101

***Attorneys for Plaintiff***

<u>/s/ Zachary D. Ludens</u>
Zachary D. Ludens, Esq.