## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BUILD-A-BEAR WORKSHOP, INC., )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>KELLY TOYS HOLDINGS, LLC, *et al.*, )<br>  )<br>  Defendants. ) | Case No. 4:24-cv-00211-MTS |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 2nd day of August 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE