AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Eastern District of Missouri  on the following

☒ Trademarks or   ☐ Patents .  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:24-cv-00211 MTS | DATE FILED<br>2/11/2024 | U.S. DISTRICT COURT<br>Eastern District of Missouri |
|---|---|---|
| PLAINTIFF<br>Build-A-Bear Workshop, Inc. | | DEFENDANT<br>Kelly Toys Holdings, LLC, Kelly Amusement Holdings, LLC, Jazwares, LLC, Jazplus, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Complaint | See Complaint | See Complaint |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

| CLERK<br>Nathan M. Graves | (BY) DEPUTY CLERK<br>/s/ K. Davis | DATE<br>08/02/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**